FILED

02 DEC 18 AM 9:44

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JORDAN SPENCER JACOBS,**

    **Plaintiff,**

-vs-                              Case No. 6:01-cv-1379-Orl-31KRS

**NINTENDO OF AMERICA, INC. and
NINTENDO CO., LTD.,**

    **Defendants.**

## ORDER

In consideration of Plaintiff's Response to this Court's Order to Show Cause why this case should not be dismissed (Doc. 58), it is

**ORDERED** that Nintendo Co., Ltd. is DISMISSED from this action, without prejudice.

**DONE and ORDERED** in Chambers, Orlando, Florida this 17th day of December, 2002.

                                            GREGORY A. PRESNELL
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

F I L E   C O P Y

Date Printed: 12/18/2002

Notice sent to:

   ___   Timothy H. Van Dyke, Esq.
          Van Dyke & Associates, P.A.
          7200 Lake Ellenor Dr., Suite 252
          Orlando, FL 32809

   ___   Gerald H. Bencen, Esq.
          4830 NW 43rd St., K-164
          Gainesville, FL 32606

   ___   Keith J. Hesse, Esq.
          Carlton Fields, P.A.
          CNL Center at City Commons
          450 S. Orange Ave., Suite 500
          P.O. Box 1171
          Orlando, FL 32802-1171

   ___   Nancy J. Faggianelli, Esq.
          Carlton Fields, P.A.
          777 S. Harbour Island Blvd.
          P.O. Box 3239
          Tampa, FL 33602

   ___   John T. Kirby, Esq.
          Latham & Watkins
          885 Third Ave., Ste. 1000
          New York, NY 10022-4802

   ___   Robert J. Gunther Jr., Esq.
          Latham & Watkins
          885 Third Ave., Ste. 1000
          New York, NY 10022-4802

   ___   David Yoshida, Esq.
          Latham & Watkins
          885 Third Ave., Ste. 1000
          New York, NY 10022-4802